# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUGLAS B. STALLEY ,**
          **Plaintiff,**

**-vs-**                                         **Case No. 6:06-cv-1824-Orl-31UAM**

**ORLANDO REGIONAL HEALTHCARE SYSTEM, INC.,**
          **Defendant.**

## ORDER

Pursuant to the April 18, 2008 order (Doc. 21) of the United States Court of Appeals for the Eleventh Circuit, this Court's order of January 22, 2007 (the "Order") (Doc. 18) is hereby **VACATED IN PART**, as follows: The portion of the Order that dismissed the Plaintiff's Complaint with prejudice is vacated, and the Plaintiff's Complaint is instead **DISMISSED WITHOUT PREJUDICE.** In all other respects, the Order is **AFFIRMED**, and the Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE